**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

MARK MARKHAM, individually and on behalf
of all others similarly situated,

        Plaintiff,                              Civil Action No.: 19-cv-00232

v.                                               Hon. Janet T. Neff

NATIONAL GEOGRAPHIC PARTNERS LLC,

        Defendant.

---

Philip L. Fraietta, Esq.
Joseph I. Marchese, Esq.
**BURSOR & FISHER, P.A.**
Counsel for Plaintiff Mark Markham
888 Seventh Avenue
New York, NY 10019
Tel: 646-837-7150
Fax: 212-989-9163
pfraietta@bursor.com
jmarchese@bursor.com

Frank S. Hedin, Esq.
**HEDIN HALL LLP**
Counsel for Plaintiff Mark Markham
1395 Brickell Avenue,
Suite 900
Miami, Florida 33131
Tel: 305-357-2107
Fax: 305-200-8801
fhedin@hedinhall.com

Theodore W. Seitz (P60320
Elisa J. Lintemuth (P74498)
**DYKEMA GOSSETT PLLC**
Attorneys for National Geographic
 Partners LLC
Dykema Gossett PLLC
300 Ottawa Ave. N.W., Suite 700
Grand Rapids, MI 49503
(616) 776-7500
tseitz@dykema.com
elintemuth@dykema.com

---

### STIPULATED ORDER TO EXTEND TIME FOR NATIONAL GEOGRAPHIC TO RESPOND TO THE COMPLAINT IN CONJUNCTION WITH ITS PRE-MOTION CONFERENCE REQUEST

Upon the stipulation of the parties, as is evidenced by the signatures of counsel below, and the Court being otherwise fully advised in the premises:

**IT IS ORDERED** that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to a date deemed proper by the Court, if necessary following a Pre-Motion Conference.

**IT IS SO ORDERED.**

DATED:_____          _____
                                    Hon. Janet T. Neff


SO STIPULATED:


/s/ Philip L. Fraietta (w/permission)          /s/ Elisa J. Lintemuth
Frank S. Hedin                                 Theodore W. Seitz (P60320
HEDIN HALL LLP                                 Elisa J. Lintemuth (P74498)
Attorney for Plaintiff                         **DYKEMA GOSSETT PLLC**
1395 Brickell Ave., Ste 900                    Attorneys for National Geographic
Miami, FL 33131                                 Partners LLC
(305) 357-2107                                 Dykema Gossett PLLC
fhedin@hedinhall.com                           300 Ottawa Ave. N.W., Suite 700
                                               Grand Rapids, MI 49503
and                                            (616) 776-7500
                                               tseitz@dykema.com
Philip L. Fraietta                             elintemuth@dykema.com
Joe Marchese
BURSOR & FISHER, P.A.
Attorney for Plaintiff
888 Seventh Avenue
New York, NY 10019
(646) 837-7150
pfraietta@bursor.com
jmarchese@bursor.com


019956.000999 4815-7842-6260.2