UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK MARKHAM, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

NATIONAL GEOGRAPHIC PARTNERS, LLC,

    Defendant.

_____/

Case No. 1:19-cv-232

HON. JANET T. NEFF

## ORDER

This matter is before the Court on the parties' Joint Notice Following Meet and Confer (ECF No. 13). The Court having reviewed the above filing:

**IT IS HEREBY ORDERED** that the parties shall, not later than August 8, 2019, file a Joint Notice indicating that the parties:

1) have reached a resolution of this matter and dismissal papers are forthcoming, including a proposed deadline to file the dismissal papers;

2) are continuing to negotiate a resolution and request more time to do so, including a detailed explanation of the efforts made thus far, what remains to be done to complete the process, and the additional time necessary; or

3) were unable to reach a resolution of this case, additional time to do so would likely not be productive without further proceedings in this matter, and Defendant shall file its answer to the complaint within 14 days of the filing of the joint notice.

Dated: June 24, 2019

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge