## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

MARK MARKHAM, GREGG DOUD, and
JEROME GILBERT, individually and on behalf
of all others similarly situated,

        Plaintiffs,

v.

NATIONAL GEOGRAPHIC PARTNERS LLC,

        Defendant.

Civil Action No.: 19-cv-00232

Hon. Janet T. Neff

| | |
|---|---|
| Philip L. Fraietta, Esq.<br>Joseph I. Marchese, Esq.<br>**BURSOR & FISHER, P.A.**<br>Counsel for Plaintiffs<br>888 Seventh Avenue<br>New York, NY 10019<br>Tel: 646-837-7150<br>Fax: 212-989-9163<br>pfraietta@bursor.com<br>jmarchese@bursor.com<br><br>Frank S. Hedin, Esq.<br>**HEDIN HALL LLP**<br>Counsel for Plaintiffs<br>1395 Brickell Avenue,<br>Suite 900<br>Miami, Florida 33131<br>Tel: 305-357-2107<br>Fax: 305-200-8801<br>fhedin@hedinhall.com | Theodore W. Seitz (P60320)<br>Elisa J. Lintemuth (P74498)<br>**DYKEMA GOSSETT PLLC**<br>Attorneys for National Geographic<br> Partners LLC<br>Dykema Gossett PLLC<br>300 Ottawa Ave. N.W., Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7500<br>tseitz@dykema.com<br>elintemuth@dykema.com |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR ADJOURNMENT OF TIME TO FILE REPLY

The parties in the above-captioned matter hereby advise the Court that they have reached a settlement and are in the process of finalizing documentation. The parties anticipate filing a dismissal with the court on or before January 27, 2020.

Further, the parties agree to an extension of time, up to and including, January 27, 2020, for Defendant to file a Reply to Plaintiffs' Response (ECF No. 26) to Defendant's Pre-Motion Request (ECF No. 23).

| | |
|---|---|
| */s/ Philip L. Fraietta (w/permission)* | */s/ Theodore W. Seitz* |
| Philip L. Fraietta | Jill M. Wheaton (P49921) |
| Joe Marchese | Rosa M. Tumialán (IL – 6226267) |
| BURSOR & FISHER, P.A. | Theodore W. Seitz (P60320 |
| Attorney for Plaintiff | Elisa J. Lintemuth (P74498) |
| 888 Seventh Avenue | DYKEMA GOSSETT PLLC |
| New York, NY 10019 | Attorneys for National Geographic |
| (646) 837-7150 | Partners LLC |
| pfraietta@bursor.com | 300 Ottawa Ave. N.W., Suite 700 |
| jmarchese@bursor.com | Grand Rapids, MI 49503 |
| | (616) 776-7500 |
| and | jwheaton@dykema.com |
| | rtumialan@dykema.com |
| Frank S. Hedin | tseitz@dykema.com |
| HEDIN HALL LLP | elintemuth@dykema.com |
| Attorney for Plaintiff | |
| 1395 Brickell Ave., Ste 900 | |
| Miami, FL 33131 | |
| (305) 357-2107 | |
| fhedin@hedinhall.com | |

072453.000025  4838-4832-4784.1