# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| MARK MARKHAM, GREGG DOUD, and JEROME GILBERT, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>NATIONAL GEOGRAPHIC PARTNERS, LLC,<br><br>              Defendant. | Civil Action No.:  19-cv-00232-JTN-SJB |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Mark Markham, Gregg Doud, and Jerome Gilbert hereby dismiss with prejudice all claims against Defendant National Geographic Partners, LLC.

Dated:  New York, New York
       January 27, 2020

**BURSOR & FISHER, P.A.**

By:   */s/ Philip L. Fraietta*
        Philip L. Fraietta

Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  jmarchese@bursor.com
       pfraietta@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin
1395 Brickell Avenue, Suite 1140
Miami, FL  33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email:  fhedin@hedinhall.com

*Attorneys for Plaintiffs*